479 A.2d 1142

Commonwealth, Appellant, v. Donahue.
Petition for Allowance of Appeal
Denied Nov. 19, 1984.

Argued May 24, 1984.   James J. Walker, Assistant District Attorney, for Commonwealth, appellant;  D. Webster Keogh, for appellee.

Before DEL SOLE, MONTEMURO and HOFFMAN, JJ.

Order affirmed.